UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Kevin A. Perry, Jr.

   v.                                              Case No. 21-cv-252-LM

Robert Hazlewood, Warden, Federal
Correctional Institution, Berlin

**REPORT AND RECOMMENDATION**

Petitioner, Kevin A. Perry, Jr., a federal prisoner at the Federal Correctional Institution in Berlin, New Hampshire ("FCI Berlin"), has filed pleadings entitled, "Emergency Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241" (Doc. No. 3) and "Petitioner's Addendum to his Emergency Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241" (Doc. No. 1). Those filings (hereinafter "§ 2241 Petition") are before this court for preliminary review to determine whether the claims stated are facially valid and may proceed. See 28 U.S.C. § 2243; Rules 1 and 4 of the Rules Governing Section 2254 Cases ("§ 2254 Rules"); LR 4.3(d)(4)(A).

Mr. Perry seeks two forms of relief: release to home confinement and damages. His request for release is proceeding in this case, as directed in the Order this date. The district judge should dismiss Mr. Perry's request for damages, without

prejudice to his ability to file a new civil rights complaint asserting claims for damages or other relief.  Cf. Preiser v. Rodriguez, 411 U.S. 475, 494 (1973) (damages are not available under 28 U.S.C. § 2241).

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  See Fed. R. Civ. P. 72(b)(2).  The fourteen-day period may be extended upon motion.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

April 5, 2021

cc:   Kevin A. Perry, Jr., pro se